

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CHRISTOPHER SALDARRIAGA, | § | No. 08-24-00033-CV |
| Appellant, | § | Appeal from the |
| v. | § | 408th Judicial District Court |
| SHAY-LYNN ROLAND, | § | of Bexar County, Texas |
| Appellee. | § | (TC# 2016CI17646) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF MARCH 2024.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.